UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KAM WONG, | No. 3:14-CV-04760 JST (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| SPEARMAN, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of KAM WONG, inmate no. ULV990, presently in custody at Santa Rita County Jail, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: June 15, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  U.S. Marshal

GREETINGS

WE COMMAND that you have and produce the body of KAM WONG, inmate no. ULV990, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Avenue in San Francisco, at 1:30 p.m., on June 29, 2017, in Courtroom D, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Wong

v. Dhanoa,et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: June 15, 2017

SUSAN Y. SONG
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: June 15, 2017



NANDOR J. VADAS
United States Magistrate Judge