UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAM WONG,

        Plaintiff,

   v.

HARJINDER DHANOA, et al.,

        Defendants.

Case No. 14-cv-04760-JST (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on June 29, 2017, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

   ( X ) Plaintiff, Kam Wong, Pro Se.

   ( ) Warden or warden's representative

   ( ) Office of the California Attorney General

   ( X ) Other: Contra Costa County Counsel, Dylan Radke.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

   ( X ) The case has been completely settled.

   ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

   ( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: July 17, 2017



NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAM WONG,<br><br>   Plaintiff,<br><br> v.<br><br>HARJINDER DHANOA, et al.,<br><br>   Defendants. | Case No. 14-cv-04760-JST (NJV)<br><br>**CERTIFICATE OF SERVICE** |

  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

  That on July 17, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kam Wong ID: #ULV990
Santa Rita County Jail
5325 Broder Boulevard
Dublin, CA 94568

Dated: July 17, 2017

            Susan Y. Soong
            Clerk, United States District Court

            By: *(signature)*
            Gloria Knudson, Deputy Clerk to the
            Honorable NANDOR J. VADAS